David PERKINS–BEY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 73470.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 18, 1998.

James PERKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. 73375.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 18, 1998.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

### ORDER

S. Paige Canfield, Asst. Public Defender, St. louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

James Perkins (Movant) appeals from the judgment denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination

is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).